1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

PACIFIC MARINE CENTER, INC., a ) 1:09 cv 1409 LJO-GSA
California corporation; SONA )
VARTANIAN, an individual, )
 )
 ) ORDER ON EX PARTE APPLICATIONS
                    Plaintiffs, ) SHORTENING TIME TO HEAR MOTIONS
 )
        v. )
 ) (Document 50, 51 and 53)
 )
SCOTT SILVA, in his individual capacity; )
TOM WILSON, in his individual capacity; )
E. ESSEGIAN, in his individual capacity; )
and DOES 1-25, inclusively, )
 )
                    Defendants. )
 )
_____ )

19    On June 24, 2010, Plaintiff, Sona Vartanian filed a Motion for a Protective Order to

20 prevent the taking of her deposition by Defendant Essegian (Defendant) on June 29, 2010 on the

21 basis that her psychiatrist has recommended that it would be adverse to her treatment if she were

22 to do so.[1]  On June 25, 2010, Defendant Essegian filed Motion to Compel the taking of the

23 deposition, or in the alternative, a Motion to Extend the deadlines outlined in this Court's

24 Scheduling Order issued on February 4, 2010.  (Doc. 40 and 51).  On June 28, 2010, Defendant

25 also filed a Motion to Compel the production of Plaintiff's psychiatric records.  Defendant filed

26 Ex Parte Applications to hear these motions on shortened time.  (Doc. 51 and 53).

27

28

---

[1] Plaintiff has not properly noticed this motion pursuant to Rule 230 (b).

1

1    Given that the non-expert discovery deadline in this case is July 10, 2010, Defendant has

2    established good cause and the Ex Parte Applications Shortening time are GRANTED.  Because

3    Defendant's Motion to Compel the taking of Plaintiff's depostion and Defendant's Motion to

4    Compel Plaintiff's pyschiatric records, as well as Plaintiff's Motion for Protective order relate to

5    the same issue, all motions will be heard on **July 2, 2010, at 9:30 am** in Courtroom 10.   Any

6    opposition to any motion shall be filed by **June 30, 2010 at 12:00 pm.**  Any reply to any motion

7    shall be filed by **July 1, 2010 at 12:00 pm.**  Counsel for Plaintiff and Defendant Essegian **shall**

8    **personally appear for the hearing**.  Counsel for Defendants Silva and Wilson may appear by

9    telephone if they wish to do so since they have not filed the motions.

10

11

12    IT IS SO ORDERED.

13    **Dated:    June 28, 2010**          _____ **/s/ Gary S. Austin** _____
                                          UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28