# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARINE CENTER, INC., a California corporation; SONA VARTANIAN, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SCOTT SILVA, in his individual capacity; TOM WILSON, in his individual capacity; E. ESSEGIAN, in his individual capacity; and DOES 1-25, inclusively,<br><br>　　　　　　　　Defendants. | 1:09 cv 1409 LJO-GSA<br><br>ORDER DENYING EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(Documents 77) |

On July 7, 2010, Defendant George Imirian ("Defendant") filed a Motion to Strike the Second Amended Complaint, and in the alternative, a Motion to Dismiss. (Doc. 76). Defendant Imirian also filed an Ex Parte Application that the Motion be Heard on Shortened Time. (Doc. 77). Defendant requests that his motion be heard on shortened time because the Court is already hearing the other Defendants' Motions to Strike on July 30, 2010. Defendant Imirian argues that good cause exists to hear his motion on the same day because his motion sets forth essentially the same legal arguments and theories as the other Defendants' motion.

The Court has reviewed the Ex Parte Application for the Motion to be Heard on Shortened Time. The request is DENIED as Defendant Imirian has not established good cause. Although Defendant argues that his motion is based on the same legal premises as the existing

1

1  motions, Defendant Imirian has also filed a Motion to Dismiss which is a different remedy than
2  the other defendants are seeking. Moreover, hearing a motion on shortened time is an unusual
3  remedy and will require Plaintiff to file an opposition on shortened time. Defendant Imirian
4  articulated no reasons why he waited so long to file the motion.

5  The motion to strike filed by Defendant Imirian will be heard by the undersigned on
6  August 27, 2010 at 9:30 am, which is the Court's next available date. Acordingly, the Motion to
7  Strike set before Judge O'Neill on August 18, 2010 at 8:30 is VACATED. If the other
8  Defendants' Motions to Strike are granted on July 30, 2010, the instant motion will be moot and
9  will be taken off calendar accordingly.

10  IT IS SO ORDERED.

11  **Dated:** **July 21, 2010**          **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE