1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARINE CENTER, INC., a California corporation; SONA VARTANIAN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT SILVA, in his individual capacity; TOM WILSON, in his individual capacity; E. ESSEGIAN, in his individual capacity; and DOES 1-25, inclusively, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

1:09 cv 1409 LJO-GSA

ORDER DENYING DEFENDANT
IMIRIAN'S MOTION TO STRIKE
AS MOOT

(Doc. 76)

18      On July 16, 2010, Defendant Imirian, who is a named Defendant in the Second Amended

19  Complaint ("SAC") filed a Motion to Strike the SAC.  (Doc. 76).  On July 30, 2010, this Court

20  ordered that the SAC be STRICKEN.  Accordingly, Defendant Imirian's Motion to Strike is

21  denied as moot.  The hearing set for August 27, 2010, at 9:30 am is VACATED.

22
23      IT IS SO ORDERED.

24      **Dated:   July 30, 2010**          _____/s/ **Gary S. Austin**_____
                                            UNITED STATES MAGISTRATE JUDGE
25
26
27
28

1