# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARINE CENTER, INC., a California corporation; SONA VARTANIAN, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>SCOTT SILVA, in his individual capacity; TOM WILSON, in his individual capacity; E. ESSEGIAN, in his individual capacity; and DOES 1-25, inclusively,<br><br>　　　　　　　Defendants. | 1:09-cv-1409 LJO-GSA<br><br>ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO AMEND AS MOOT<br><br>ORDER VACATING SCHEDULING CONFERENCE ORDER<br><br>ORDER DENYING DEFENDANT'S MOTION TO AMEND THE SCHEDULING CONFERENCE ORDER AS MOOT<br><br>(Documents 70 and 90) |

On August 10, 2010, Plaintiffs, Pacific Marine Center and Sona Vartanian ("Plaintiffs") filed a Motion to Amend the First Amended Complaint ("FAC"). (Doc. 90). Subsequently, on August 10, 2010, the parties filed a joint stipulation in which the parties consented to the filing of a Second Amended Complaint ("SAC"). The Court adopts this stipulation. As such, Plaintiffs' Motion to Amend the FAC is DENIED as moot. The hearing scheduled for August 27, 2010 at 9:30 is VACATED. Plaintiffs **shall** serve the SAC on all of the parties within **thirty (30) days** of the issuance of this order.

1

1    Given that additional parties will be added to this litigation, the dates set forth in the
2  Scheduling Conference Order issued on February 4, 2010 are VACATED.  (Doc. 41).
3  Accordingly, Defendant Essegian's Motion to Amend the Scheduling Order filed on July 9, 2010
4  is also DENIED as moot.  (Doc. 70).
5    The Clerk of the Court is directed to docket the SAC which is attached as Exhibit 1 to
6  Plaintiffs' Motion to Amend the First Amended Complaint. (Doc. 90-1).  A scheduling
7  conference will be held before the undersigned in Courtroom 10 on November 10, 2010, at 9:30
8  am after all of the defendants have been served.  Defendant Essegian's pending discovery
9  motions will proceed as scheduled.  No new discovery motions shall be filed until a new
10 Scheduling Conference Order is issued.

   IT IS SO ORDERED.

   **Dated:   August 22, 2010**           _____/s/ **Gary S. Austin**_____
                                          UNITED STATES MAGISTRATE JUDGE