James D. Weakley, Esq.        Bar No. 082853
Valerie J. Velasco, Esq.       Bar No. 267141

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant, EDWARD ESSEGIAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARINE CENTER, INC., a California corporation; SONA VARTANIAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>Scott Silva, in his individual capacity; Tom Wilson, in his individual capacity; E. Essegian, in his individual capacity; and DOES 1-25, inclusively,<br><br>Defendants. | CASE NO. 1:09-CV-01409-LJO-JLT<br><br>**STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE AND ORDER**<br><br><br><br>Complaint Filed: 08/11/09<br>Trial Date: TBA |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and ordered by this Court, that the Scheduling Conference currently set to be held on November 10, 2010 at 9:30 a.m. before the Honorable Magistrate Judge Jennifer L. Thurston, will be continued to November 24, 2010 at 9:30 a.m.

Good cause exists for this continuance as Counsel for Defendant Edward Essegian is going to be out of state and will be unavailable to participate at the conference.

IT IS SO STIPULATED.

DATED: November 2, 2010        WEAKLEY, ARENDT & McGUIRE, LLP


  /s/ James D. Weakley
James D. Weakley
Attorneys for Defendant,
Edward Essegian

---

Stipulation to Continue Scheduling Conference

| | | |
|---|---|---|
| DATED: November 2, 2010 | | OFFICE OF THE ATTORNEY GENERAL |

/s/   Oliver R. Lewis
Oliver R. Lewis
Deputy Attorney General
Attorneys for Defendants,
Scott Silva, Tom Wilson, Chris Wagner,
Dan Ayala, Kevin Buchanan, Gideon Coyle,
and Dan Horsford

DATED: November 2, 2010                CITY OF FRESNO

/s/ Erica M. Camerena
Erica M. Camerena
Deputy City Attorney
Attorneys for Defendant,
George Imirian

DATED: November 2, 2010                LAW OFFICES OF RICHARD HAMLISH

/s/   Richard Hamlish
Richard Hamlish
Attorneys for Plaintiffs,
Pacific Marine Center, Inc., and Sona Vartanian

**ORDER**

The Court hereby GRANTS the parties' stipulation to continue the Scheduling Conference currently set to be heard on November 10, 2010 at 9:30 a.m. before the Honorable Magistrate Judge Jennifer L. Thurston to **November 24, 2010 at <u>10:00 a.m.</u>**   The parties' Joint Scheduling Report shall be filed with the Court one week prior to the newly assigned hearing date.

IT IS SO ORDERED.

Dated:   **November 3, 2010**                                    **/s/ Jennifer L. Thurston**
                                                                                  UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Scheduling Conference                2