UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARINE CENTER, INC. and SONA VARTANIAN, an individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>SCOTT SILVA, et al.,<br><br>        Defendants. | 1: 09-CV-01409 LJO  JLT<br><br>AMENDMENT TO THE SCHEDULING ORDER NUNC PRO TUNC |

Due to the Court's omission, the Scheduling Order dated November 24, 2010 is amended to include the following:

**VIII.   Request for Bifurcation, Appointment of Special Master, or other Techniques to Shorten Trial**

The defendants reserve their right to request bifurcation of the punitive damages phase of trial from compensatory damage phase of trial.

IT IS SO ORDERED.

Dated:  **December 8, 2010**                              /s/ Jennifer L. Thurston
                                                                          UNITED STATES MAGISTRATE JUDGE

1