# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARINE CENTER, INC. and SONA VARTANIAN, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SCOTT SILVA, et al.,<br><br>　　　　　Defendants. | Case No.: 1: 09-CV-01409 LJO  JLT<br><br>ORDER GRANTING REQUEST TO SEAL<br><br>(Doc. 114) |

　　　Before the Court is the Request to Seal Documents, filed by Defendant George Imirian. (Doc. 114) No party has opposed the request.  LR 141(c).  Good cause appearing, the Court ORDERS:

　　　1. The following pages of Defendant George Imirian's Request to Seal Documents are **SEALED**: 2, 4, 5, 7, 8, 9, 10, 13, 14, 16, 18, 19, 20, 29, 32, 33, 34, 36, 38, 40, 42.

　　　2. The following pages of Defendant George Imirian's Request to Seal Documents are **NOT SEALED**: 1, 3, 6, 11, 12, 15, 17, 21, 22, 23, 24, 25, 26, 27, 28, 30, 31, 35, 37, 39, 41, 43, 44, 45.

IT IS SO ORDERED.

Dated:   **April 6, 2011**　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE