# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARINE CENTER, INC. and SONA VARTANIAN, an individual,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SCOTT SILVA, et al.,<br><br>　　　　Defendants. | 1: 09-CV-01409 LJO  JLT<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT ESSEGIAN'S REQUEST TO SEAL RECORDS<br><br>(Doc. 124) |

　　　Before the Court is Defendant Essegian's request to seal records. (Doc. 124) "A motion to seal documents that are not part of the judicial record, such as 'private materials unearthed during discovery,' is governed by Federal Rule of Civil Procedure 26(c)." Seals v. Mitchell, 2011 U.S. Dist. LEXIS 38654 at * 2-3 (N.D. Cal. Mar. 30, 2011).  The Court may grant a protective order "to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." Pintos v. Pacific Creditors Ass'n, 605 F.3d 665, 678 (9th Cir. 2010).

　　　To determine whether materials attached to a non-dispositive motion should be filed under seal, the Court must evaluate whether "good cause' exists to protect th[e] information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality.'" Pintos, at 678 (quoting Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.,

1  307 F.3d 1206, 1213 (9th Cir. 2002)).

2      Here, the documents sought to be sealed, relate to mental health records.  Much of the record consists of privileged communications with a mental health professional.  In addition, contained in the record are references to confidential Grand Jury testimony.  As a result, the Court finds good cause to ORDER the following pages SEALED:

    1.    The following pages of Defendant Essegian's Request to Seal Documents are **SEALED**:

        a.    Exhibit A1 - pages 2, 3, 6, 7, 8, 9, 11, 12

        b.    Exhibit A2 - pages 14, 15, 18, 19, 20, 21, 22, 23, 24

        c.    Exhibit B - all pages

        d.    Exhibit C - pages 78, 79

    2.    The following pages of Defendant Essegian's Request to Seal Documents are **NOT SEALED**:

        a.    Exhibit A1 - pages 1, 4, 5

        b.    Exhibit A2 - pages 13, 16, 17

        c.    Exhibit C - cover page, 80, 81, 298

IT IS SO ORDERED.

Dated:  **May 3, 2011**                                             **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE