UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARINE CENTER, INC., et al, ) | 1: 09-CV-01409 LJO  JLT |
| Plaintiffs, ) | ORDER GRANTING  STIPULATION TO AMEND SCHEDULING ORDER |
| v. ) | |
| SCOTT SILVA, et al., ) | (Doc. 136) |
| Defendants. ) | |

Before the Court is the parties' stipulation to amend the scheduling order to extend the non-expert discovery deadline by two weeks. (Doc. 136)  In support of the request, Plaintiffs' attorney, Richard Hamlish, attests that four depositions remain to complete. (Doc. 136, Ex 1)  One deposition was begun but has not been completed, in part, to await the Court's ruling on cross-motions (Docs. 115, 120) scheduled to be heard on May 16, 2011.  Id.  One deposition could not be scheduled previously due to the deponent having been incarcerated until recently. Id.   The final two depositions have had to be rescheduled because one of the deponents is required to be in court on the noticed deposition date and the parties desire to complete both depositions on one day. Id.

Further complicating the situation is the number of parties involved in this case who are represented by separate lawyers. (Doc. 136, Ex 1)  This has caused difficulty in finding dates

that are available on each attorney's calendar on which to conduct these depositions.  Id.  Nevertheless, counsel stipulates that if granted two additional weeks of non-expert discovery time, they will be able to complete this outstanding discovery.  Id.

    Good cause appearing, the Court ORDERS that the scheduling order (Doc. 112) will be amended to extend the non-expert discovery deadline to May 31, 2011.

IT IS SO ORDERED.

Dated: **May 5, 2011**             /s/ **Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE