UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARINE CENTER, INC. and SONA VARTANIAN, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SCOTT SILVA, et al.,<br><br>　　　　Defendants. | 1: 09-CV-01409 LJO  JLT<br><br>ORDER DENYING MOTION TO QUASH EXPERT TESTIMONY<br><br>(Doc. 115)<br><br>ORDER GRANTING IN PART PETITION TO RELEASE GRAND JURY TESTIMONY<br><br>(Doc. 120) |

**ORDER**

For all the reasons set forth in the memorandum decision filed under seal herewith, it is **HEREBY ORDERED** that:

1. Plaintiffs' March 31, 2011 motion to quash the expert testimony of Dr. Seymour (Doc. 115) is **DENIED**;

2. Defendant Imirian's April 7, 2011 petition to release grand jury testimony (Doc. 120) is **GRANTED IN PART**.  The following portions of the transcript may be used in connection with this current litigation only:

　　　a.　Page 1 through page 6, line 13;

　　　b.　Page 10, line 13 thought page 11, line 7;

1

1          c.      Page 16, line 14 through page 16, line 20;

2          d.      Page 34, line 18 through page 34, line 22;

3          e.      Page 38, line 22 through page 48, line 9;

4          f.      Page 49, line 1 through page 49, line 17

5    3.      Attorney Camarena is **ORDERED** to redact the transcript so that only the

6        authorized portions of the transcript outlined above remain and SHALL serve

7        copies of the redacted transcript to all other counsel no later than May 27, 2011.

8

9 IT IS SO ORDERED.

10 Dated: **May 18, 2011**                 /s/ Jennifer L. Thurston
                                                             UNITED STATES MAGISTRATE JUDGE