# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARINE CENTER, INC. et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SCOTT SILVA, et. al, <br><br> Defendants. | CASE NO. CV F 09-1409 LJO JLT <br><br> **ORDER ON PLAINTIFFS' REQUEST TO FILE SUPPLEMENTAL BRIEFING** |

On August 12, 2011, plaintiffs filed a request to file supplemental briefing in sur-reply to the three pending motions for summary judgment.

The Court DENIES the request. This Court is overburdened with in excess of 1300 cases, with each addressing significant and important legal issues and facts as in the current case. The Court finds that plaintiffs' 15-page "Request for Leave to File a Supplemental Brief" sufficiently outlines plaintiffs' areas of concern with each defendant's reply brief and supporting documentation that the Court does not require supplemental briefing. In the interest of judicial economy and the effective administration of justice, the Court DENIES the request for supplemental briefing. Should the Court find after further review that additional clarification is needed, the Court will request briefing from counsel.

IT IS SO ORDERED.

**Dated:   August 15, 2011**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1