James J. Arendt, Esq.          Bar No. 142937
Valerie J. Velasco, Esq.       Bar No. 267141
Michelle E. Sassano, Esq.      Bar No. 232368

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant, EDWARD ESSEGIAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONA VARTANIAN, an individual, | CASE NO. 1:09-CV-01409-LJO-JLT |
| Plaintiffs, | DEFENDANTS' JOINT REQUEST FOR ENTRY OF JUDGMENT AND JUDGMENT IN FAVOR OF DEFENDANTS |
| vs. | |
| EDWARD ESSEGIAN, in his individual capacity; and DOES 1-25 inclusively, | Complaint Filed: 08/11/09 |
| Defendants. | Trial Date: 02/28/2012 |

Defendants herein, having had all claims disposed of by way of motion for summary judgment and jury trial, request that this Court enter judgment in their favor against plaintiffs PACIFIC MARINE CENTER, INC., and SONA VARTANIAN.  (Court Doc. Nos. 178 and 226).

DATED: March 8, 2012

                                              WEAKLEY & ARENDT , LLP

                                    By:     /s/   Valerie J. Velasco
                                               James J. Arendt
                                               Valerie J. Velasco
                                               Michelle E. Sassano
                                               Attorneys for Defendant,
                                               Edward Essegian

---
Defendants' Request for Entry of Judgment

| | | |
|---|---|---|
| DATED: March 8, 2012 | | OFFICE OF THE ATTORNEY GENERAL |
| | By: | /s/ Oliver R. Lewis |
| | | Oliver R. Lewis |
| | | Deputy Attorney General |
| | | Attorneys for Defendants, |
| | | Scott Silva, Tom Wilson, Chris Wagner, |
| | | Dan Ayala, Kevin Buchanan, Gideon Coyle, |
| | | and Dan Horsford |

| | | |
|---|---|---|
| DATED: March 8, 2012 | | CITY OF FRESNO |
| | By: | /s/ Erica M. Camarena |
| | | Erica M. Camarena |
| | | Deputy City Attorney |
| | | Attorneys for Defendant, |
| | | George Imirian |

### [PROPOSED] JUDGMENT

The Court hereby directs the Clerk of the Court to enter final judgment against Plaintiffs PACIFIC MARINE CENTER, INC., and SONA VARTANIAN in favor of all defendants herein as follows:

EDWARD ESSEGIAN;

GEORGE IMIRIAN;

SCOTT SILVA;

TOM WILSON;

DAN HORSFORD;

GIDEON COYLE;

KEVIN BUCHANAN;

DAN AYALA; and

CHRIS WAGNER.

The above-named defendants are prevailing parties who are entitled to recover costs other than attorney's fees as set forth in Rule 54(d)(1) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

**Dated:   March 8, 2012**              /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE